# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Kimba M. | U.S. District Court, SDNY | 10/6/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New York City Ballet, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013* | Morgan Stanley Pension Benefit |
| 2. 2013* | Sonic Corp - various Board & Committee Fees |
| 3. 2013* | Vestar, Harding Services, Blackstone, Irving Place Capital, Tinicum - Fee Income |
| 4. | |
| 5. *(various) | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Citibank | Line of Credit | P1 |
| 2. | American Express | Credit Card | L |
| 3. | Citi Aadvantage | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 2. CREST FUND LP (ROTH IRA) (SEE NOTE 11 IN SECT VIII) | D | Distribution | | | | | | | |
| 3. DREYFUS GOVERNMENT CASH SHARES | A | Int./Div. | | | Closed | 05/06/13 | J | | |
| 4. MORGAN STANLEY BANK/CASH | A | Interest | J | T | | | | | |
| 5. AMER INTL GP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. APOLLO INVESTMENT CORP | A | Dividend | | | Sold (part) | 02/28/13 | J | A | |
| 7. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 8. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 9. | | | | | Sold | 10/24/13 | J | A | |
| 10. ASHFORD HOSPITALITY TR INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. ASHFORD HOSPITALITY PRIME COMMON STOCK | | None | | | Spinoff (from line 10) | 11/19/13 | J | | |
| 12. | | | | | Sold | 12/05/13 | J | | |
| 13. AVENUE INCOME CREDIT FUND | A | Dividend | J | T | Buy (add'l) | 05/02/13 | J | | |
| 14. BUCKEYE PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | None | J | T | Buy | 02/22/13 | J | | |
| 15. | | | | | Distributed (part) | 05/31/13 | J | | |
| 16. | | | | | Distributed (part) | 08/20/13 | J | | |
| 17. | | | | | Distributed (part) | 11/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CHEVRON CORP COMMON STOCK | A | Dividend | | | Sold | 11/21/13 | J | A | |
| 19. CHIMERA INVESTMENT CORP COMMON STOCK | A | Dividend | J | T | Buy | 07/23/13 | J | | |
| 20. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 21. COBALT INTERNATIONAL ENERGY COMMON STOCK | | None | J | T | Buy | 01/18/13 | J | | |
| 22. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 23. KINDER MORGAN (FKA COPANO ENERGY LLC)(NOTE 1 IN SECT VIII) | | None | | | Distributed (part) | 02/14/13 | J | | |
| 24. | | | | | Sold (part) | 04/25/13 | J | B | |
| 25. | | | | | Distributed (part) | 04/26/13 | J | | |
| 26. | | | | | Sold (part) | 05/02/13 | J | A | |
| 27. | | | | | Sold | 07/09/13 | J | A | |
| 28. CREXUS INVESTMENT CORP COMMON STOCK | A | Dividend | | | Sold | 01/31/13 | J | B | |
| 29. DEVON ENERGY CORP COMMON STOCK | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 30. EMC CORP MASS COMMON STOCK | | None | | | Sold | 02/05/13 | J | | |
| 31. ENERGY TRANS EQUITY LP (SEE NOTE 1 IN SECT VIII) | | None | K | T | Distributed (part) | 02/19/13 | J | | |
| 32. | | | | | Distributed (part) | 05/17/13 | J | | |
| 33. | | | | | Distributed (part) | 08/19/13 | J | | |
| 34. | | | | | Distributed (part) | 11/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ENSCO PLC COMMON STOCK | A | Dividend | | | Sold | 07/16/13 | J | B | |
| 36. EV ENERGY PARTNERS LP (SEE NOTE 1 IN SECT VIII) | A | Distribution | | | Distributed (part) | 02/14/13 | J | | |
| 37. | | | | | Sold | 05/02/13 | J | | |
| 38. GUGGENHEIM SPIN OFF ETF | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 39. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 40. HOLLYFRONTIER CORP COMMON STOCK | A | Dividend | | | Buy | 04/25/13 | J | | |
| 41. | | | | | Sold | 07/02/13 | J | | |
| 42. CRESTWOOD EQUITY LP (FKA INERGY LP) (NOTE 1 IN SECT VIII) | | None | J | T | Distributed (part) | 02/14/13 | J | | |
| 43. | | | | | Distributed (part) | 05/15/13 | J | | |
| 44. | | | | | Distributed (part) | 08/14/13 | J | | |
| 45. | | | | | Distributed (part) | 11/14/13 | J | | |
| 46. CRESTWOOD MIDSTRM LP (FKA INERGY MIDSTR (NOTE 1 SECT VIII) | A | Distribution | | | Spinoff (from line 42) | 06/18/13 | J | | |
| 47. | | | | | Sold (part) | 06/18/13 | J | | |
| 48. | | | | | Distributed (part) | 08/14/13 | J | | |
| 49. | | | | | Distributed (part) | 11/14/13 | J | | |
| 50. | | | | | Sold | 11/21/13 | J | B | |
| 51. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | J | T | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPMORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 53. KAR AUCTION SVCS INC COMMON STOCK | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 54. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 55. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 56. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 57. LENDER PROCESSING SERV COMMON STOCK | A | Dividend | | | Sold (part) | 04/15/13 | J | A | |
| 58. | | | | | Sold | 04/16/13 | J | A | |
| 59. MARKET VECTOR AGRIBUS ETF | | None | | | Sold | 06/27/13 | J | | |
| 60. MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 01/17/13 | J | | |
| 61. MDC PRTNRS INC COMMON STOCK | | None | | | Sold (part) | 05/03/13 | J | B | |
| 62. | | | | | Sold (part) | 05/06/13 | J | B | |
| 63. | | | | | Sold | 05/07/13 | J | B | |
| 64. NORTHERN TIER ENERGY LP (SEE NOTE 1 IN SECT VIII) | A | Distribution | J | T | Sold (part) | 02/22/13 | J | C | |
| 65. | | | | | Distributed (part) | 02/28/13 | J | | |
| 66. | | | | | Distributed (part) | 05/30/13 | J | | |
| 67. | | | | | Distributed (part) | 08/29/13 | J | | |
| 68. | | | | | Distributed (part) | 11/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PETROLOGISTICS LP (SEE NOTE 1 IN SECT VIII) | | None | | | Distributed (part) | 02/26/13 | J | | |
| 70. | | | | | Distributed (part) | 05/14/13 | J | | |
| 71. | | | | | Distributed (part) | 08/14/13 | J | | |
| 72. | | | | | Distributed (part) | 11/14/13 | J | | |
| 73. | | | | | Sold (part) | 12/02/13 | J | A | |
| 74. | | | | | Sold (part) | 12/03/13 | J | A | |
| 75. | | | | | Sold | 12/04/13 | J | A | |
| 76. PROCTER & GAMBLE COMMON STOCK | | None | J | T | Buy | 11/15/13 | J | | |
| 77. QUALCOMM INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 78. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 79. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | | | Sold | 06/04/13 | J | A | |
| 80. SOLAR SENIOR CAPITAL LTD COMMON STOCK | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 81. SPDR S&P BANK ETF COMMON STOCK | A | Dividend | | | Sold | 12/05/13 | J | B | |
| 82. SPDR S&P EMERGING ASIA PACIFIC FUND | A | Dividend | J | T | Buy | 04/10/13 | J | | |
| 83. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | J | T | Buy (add'l) | 03/20/13 | J | | |
| 84. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 85. SPIRIT REALTY CAPITAL INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 07/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | STARWOOD PROPERTY TRUST INC | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 87. | TRONOX LTD COMMON STOCK | | None | | | Sold | 02/05/13 | J | | |
| 88. | UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/04/13 | J | | |
| 89. | VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | K | T | | | | | |
| 90. | VANGUARD EUROPEAN MSCI ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 91. | VANGUARD INFO TECH ETF | A | Dividend | J | T | Sold (part) | 02/26/13 | J | | |
| 92. | VANGUARD MSCI EMERGING MKTS FUND | A | Dividend | | | Sold (part) | 02/26/13 | J | | |
| 93. | | | | | | Sold | 07/03/13 | J | | |
| 94. | VODAFONE GP PLC COMMON STOCK | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 95. | WELLS FARGO & CO COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/04/13 | J | | |
| 96. | WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 97. | WISDOMTREE TR EMG MKTS SMCAP FUND | A | Dividend | J | T | | | | | |
| 98. | WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | Buy | 05/14/13 | J | | |
| 99. | WISDOMTREE TRUST EMRG MKT EQUITY FUND | A | Dividend | J | T | Buy (add'l) | 04/10/13 | J | | |
| 100. | | | | | | Sold (part) | 04/15/13 | J | | |
| 101. | | | | | | Buy (add'l) | 09/10/13 | J | | |
| 102. | WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | A | Dividend | J | T | Buy | 06/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. YUM BRANDS INC COMMON STOCK | A | Dividend | | | Buy | 01/10/13 | J | | |
| 104. | | | | | Sold | 06/24/13 | J | A | |
| 105. IRA ACCOUNT #1 | | | | | | | | | |
| 106. IRA #1 - MSSB CASH/MM | A | Interest | L | T | Open | 02/06/13 | P1 | | |
| 107. IRA #1 - COMMON STOCKS (LINES 108-185) | | | | | | | | | |
| 108. AMER INTL GROUP INC | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 109. | | | | | Buy (add'l) | 02/12/13 | K | | |
| 110. AMERICAN CAPITAL AGENCY | C | Dividend | K | T | Buy | 02/28/13 | K | | |
| 111. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 112. APOLLO INVESTMENT CORP | B | Dividend | | | Buy | 04/16/13 | K | | |
| 113. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 114. | | | | | Sold (part) | 10/24/13 | J | A | |
| 115. | | | | | Sold | 12/16/13 | K | C | |
| 116. ASHFORD HOSPITALITY TR INC | A | Dividend | J | T | Buy | 02/07/13 | K | | |
| 117. ASHFORD HOSPITALITY PRIME | | None | | | Spinoff (from line 116) | 11/19/13 | J | | |
| 118. | | | | | Sold (part) | 11/19/13 | J | A | |
| 119. | | | | | Sold | 12/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  CENTURYLINK INC | A | Dividend | | | Buy | 02/19/13 | K | | |
| 121. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 122. | | | | | Sold | 05/14/13 | K | C | |
| 123.  CHEVRON CORP | A | Dividend | | | Buy | 02/07/13 | K | | |
| 124. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 125. | | | | | Sold (part) | 09/20/13 | J | A | |
| 126. | | | | | Sold | 11/21/13 | K | A | |
| 127.  CHIMERA INVESTMENT CORP | B | Dividend | K | T | Buy | 07/19/13 | K | | |
| 128.  COBALT INTERNATIONAL ENERGY | | None | | | Buy | 02/07/13 | K | | |
| 129. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 130. | | | | | Buy (add'l) | 06/13/13 | K | | |
| 131. | | | | | Sold | 12/11/13 | K | | |
| 132.  DANAHER CORPORATION | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 133. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 134.  DEVON ENERGY CORP | A | Dividend | K | T | Buy | 11/21/13 | L | | |
| 135.  ENSCO PLC CLASS A | A | Dividend | | | Buy | 02/07/13 | K | | |
| 136. | | | | | Buy (add'l) | 04/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 138. | | | | | Sold | 07/16/13 | K | | |
| 139. HOLLYFRONTIER CORP | A | Dividend | | | Buy | 04/24/13 | K | | |
| 140. | | | | | Sold | 07/02/13 | K | | |
| 141. JPMORGAN CHASE & CO | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 142. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 143. KAR AUCTION SERVICES INC | A | Dividend | L | T | Buy | 06/28/13 | K | | |
| 144. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 145. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 146. LENDER PROCESSING SERV | A | Dividend | | | Buy | 02/07/13 | K | | |
| 147. | | | | | Buy (add'l) | 04/09/13 | K | | |
| 148. | | | | | Sold | 04/16/13 | K | | |
| 149. MCDONALDS CORP | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 150. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 151. MDC PARTNERS INC CL A | | None | | | Buy | 02/07/13 | K | | |
| 152. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 153. | | | | | Sold (part) | 05/03/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/06/13 | K | C | |
| 155. | | | | | Sold | 05/07/13 | K | B | |
| 156. OCH-ZIFF CAPITAL MGMT (SEE NOTES 1 & 7 IN SECT VIII) | D | Distribution | K | T | Buy | 03/15/13 | K | | |
| 157. | | | | | Sold (part) | 11/15/13 | K | C | |
| 158. PROCTER & GAMBLE | | None | K | T | Buy | 11/14/13 | K | | |
| 159. QUALCOMM INC | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 160. | | | | | Buy (add'l) | 02/12/13 | K | | |
| 161. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 162. SCHLUMBERGER LTD | A | Dividend | | | Buy | 02/07/13 | K | | |
| 163. | | | | | Buy (add'l) | 04/09/13 | K | | |
| 164. | | | | | Sold (part) | 06/04/13 | K | | |
| 165. | | | | | Sold | 06/10/13 | K | | |
| 166. SEADRILL LTD | C | Dividend | L | T | Buy | 02/07/13 | K | | |
| 167. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 168. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 169. SOLAR SENIOR CAPITAL LTD | A | Dividend | | | Buy | 02/07/13 | K | | |
| 170. | | | | | Sold (part) | 02/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 02/25/13 | J | | |
| 172. SPIRIT REALTY CAPITAL INC | | None | | | Buy | 02/07/13 | K | | |
| 173. | | | | | Sold | 02/22/13 | K | A | |
| 174. STARWOOD PROPERTY TRUST INC | B | Dividend | L | T | Buy | 06/25/13 | K | | |
| 175. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 176. UNITED TECHNOLOGIES CORP | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 177. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 178. VODAFONE GP PLC ADS | B | Dividend | L | T | Buy | 02/07/13 | K | | |
| 179. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 180. WELLS FARGO & CO | B | Dividend | L | T | Buy | 02/07/13 | K | | |
| 181. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 182. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 183. YUM BRANDS INC | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 184. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 185. | | | | | Sold (part) | 06/24/13 | K | B | |
| 186. IRA #1 - OPTIONS (LINES 187 TO 222 (NOTE 3 IN SECT VIII) | | | | | | | | | |
| 187. AMERICAN CAPITAL AGENCY - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | A | |
| 189. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 190. AMERICAN INTERNATIONAL GROUP - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 191. CLOSING CONTRACT | | None | | | Buy | 07/11/13 | J | | |
| 192. APOLLO INVESTMENT CORP - OPENING CONTRACT | | None | | | Sold | 05/01/13 | J | | |
| 193. CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | B | |
| 194. OPENING CONTRACT | | None | | | Sold | 07/11/13 | J | | |
| 195. CONTRACT ASSIGNED | | None | | | Redeemed | 12/16/13 | | | |
| 196. OPENING CONTRACT | | None | | | Sold | 10/24/13 | J | | |
| 197. CONTRACT ASSIGNED | | None | | | Redeemed | 12/16/13 | | | |
| 198. CENTURYLINK INC - OPENING CONTRACT | | None | | | Sold | 03/05/13 | J | | |
| 199. CLOSING CONTRACT | | None | | | Buy | 05/14/13 | J | | |
| 200. CHEVRON TEXACO CORP - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 201. CONTRACT ASSIGNED | | None | | | Redeemed | 09/20/13 | | | |
| 202. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 203. CLOSING CONTRACT | | None | | | Buy | 11/21/13 | J | A | |
| 204. JPMORGAN CHASE & CO - OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MCDONALDS CORP - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 206. CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | A | |
| 207. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 208. QUALCOMM INC - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 209. CLOSING CONTRACT | | None | | | Buy | 10/17/13 | J | A | |
| 210. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 211. SCHLUMBERGER - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 212. CLOSING CONTRACT | | None | | | Buy | 06/10/13 | J | | |
| 213. SCHLUMBERGER - OPENING CONTRACT | | None | | | Sold | 05/14/13 | J | | |
| 214. CLOSING CONTRACT | | None | | | Buy | 06/04/13 | J | A | |
| 215. SEADRILL LTD - OPENING CONTRACT | | None | | | Sold | 08/05/13 | J | | |
| 216. SPDR S&P MIDCAP 400 ETF - OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 217. UNITED TECHNOLOGIES - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 218. CLOSING CONTRACT | | None | | | Buy | 07/23/13 | J | | |
| 219. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 220. WELLS FARGO & CO - OPENING CONTRACT | | None | | | Sold | 09/25/13 | J | | |
| 221. YUM - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. EXPRED CONTRACT | | None | | | Expired | 10/21/13 | | B | |
| 223. IRA #1 - ETF AND CLOSED END FUNDS (LINES 224-266) | | | | | | | | | |
| 224. AVENUE INCOME CREDIT | C | Dividend | L | T | Buy | 02/07/13 | K | | |
| 225. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 226. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 227. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 228. EATON VANCE TAX MGD DIV EQUITY FUND | C | Dividend | K | T | Buy | 02/07/13 | K | | |
| 229. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 230. GUGGENHEIM SPIN OFF ETF | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 231. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 232. | | | | | Buy (add'l) | 06/13/13 | K | | |
| 233. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 234. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 235. ISHARES S&P MID-CAP 400 GROWTH ETF | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 236. | | | | | Sold (part) | 02/26/13 | J | | |
| 237. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 238. MARKET VECTORS AGRIBUS ETF | | None | | | Buy | 02/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 240. | | | | | Sold | 06/27/13 | K | | |
| 241. PENNANTPARK FLOATING RATE CAP LTD | C | Dividend | L | T | Buy | 02/07/13 | K | | |
| 242. | | | | | Buy (add'l) | 03/21/13 | K | | |
| 243. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 244. POWERSHARES ETF TR DYNA BUYBACK | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 245. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 246. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 247. SPDR S&P EMERGING ASIA PACIFIC | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 248. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 249. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 250. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 251. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 252. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 253. VANGUARD DIVIDEND APPRECIATION | A | Dividend | L | T | Buy | 02/07/13 | K | | |
| 254. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 255. VANGUARD FTSE EMERGING MARKETS | A | Dividend | | | Buy | 02/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 257. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 258. | | | | | Sold | 07/03/13 | K | | |
| 259. VANGUARD INFO TECH ETF | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 260. | | | | | Sold (part) | 02/26/13 | J | | |
| 261. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | L | T | Buy (add'l) | 05/14/13 | K | | |
| 262. WISDOMTREE EUROPE HEDGED EQUITY | A | Dividend | K | T | Buy | 08/13/13 | K | | |
| 263. WISDOMTREE TRUST EMERGING MARKET EQUITY | B | Dividend | L | T | Buy | 02/07/13 | K | | |
| 264. | | | | | Buy (add'l) | 04/09/13 | K | | |
| 265. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 266. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 267. IRA #1 - MUTUAL FUND(S) (LINES 268-270) | | | | | | | | | |
| 268. DOUBLELINE TOTAL RETURN | B | Dividend | K | T | Buy | 02/07/13 | K | | |
| 269. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 270. | | | | | Sold (part) | 11/15/13 | J | | |
| 271. BIF TAX-EXEMPT FUND/CASH | A | Dividend | J | T | | | | | |
| 272. ABBOTT LABORATORIES COMMON STOCK | C | Dividend | M | T | Sold (part) | 01/28/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. ABB-VIE COMMON STOCK | E | Dividend | O | T | Spinoff (from line 272) | 01/01/13 | L | | |
| 274. | | | | | Buy (add'l) | 01/28/13 | K | | |
| 275. ACCENTURE LTD COMMON STOCK | C | Dividend | M | T | | | | | |
| 276. ALLEGHENY TECHNOLOGIES COMMON STOCK | A | Dividend | | | Sold | 03/28/13 | L | | |
| 277. AMERICAN EXPRESS COMMON STOCK | A | Dividend | L | T | | | | | |
| 278. AMERICA MOVIL COMMON STOCK | | None | | | Sold | 02/21/13 | N | G | |
| 279. AMGEN COMMON STOCK | | None | | | Sold (part) | 01/31/13 | L | E | |
| 280. | | | | | Sold | 02/01/13 | L | E | |
| 281. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 282. FLY LEASING (FKA BABCOCK & BROWN) COMMON STOCK | C | Dividend | L | T | | | | | |
| 283. BERKSHIRE HATHAWAY COMMON STOCK | | None | O | T | | | | | |
| 284. BLACKROCK INC COMMON STOCK | E | Dividend | P1 | T | Buy (add'l) | 08/09/13 | L | | |
| 285. | | | | | Sold (part) | 10/22/13 | J | A | |
| 286. BOEING COMMON STOCK | C | Dividend | N | T | Sold (part) | 01/31/13 | K | A | |
| 287. | | | | | Sold (part) | 02/01/13 | K | | |
| 288. | | | | | Buy (add'l) | 04/30/13 | K | | |
| 289. | | | | | Buy (add'l) | 05/23/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. CABOT OIL & GAS COMMON STOCK | A | Dividend | N | T | | | | | |
| 291. CARPENTER TECHNOLOGY COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 02/26/13 | K | | |
| 292. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 293. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 294. CHEVRON COMMON STOCK | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 295. CHUBB COMMON STOCK | B | Dividend | L | T | | | | | |
| 296. CISCO SYSTEMS COMMON STOCK | A | Dividend | | | Buy | 08/09/13 | L | | |
| 297. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 298. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 299. | | | | | Sold | 12/18/13 | L | | |
| 300. CME GROUP COMMON STOCK | A | Dividend | L | T | Buy | 09/26/13 | K | | |
| 301. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 302. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 303. CONOCOPHILLIPS COMMON STOCK | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 304. | | | | | Sold (part) | 10/14/13 | J | A | |
| 305. CONSTELLATION BRANDS COMMON STOCK | | None | | | Sold (part) | 01/23/13 | J | C | |
| 306. | | | | | Sold | 02/01/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CORNING INC COMMON STOCK | A | Dividend | | | Sold | 03/28/13 | L | B | |
| 308. COVANTA HLDG CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 309. EOG RES INC COMMON STOCK | A | Dividend | M | T | | | | | |
| 310. EVERCORE PARTNERS COMMON STOCK | A | Dividend | | | Sold | 06/06/13 | J | A | |
| 311. GENERAL DYNAMICS COMMON STOCK | | None | | | Buy | 03/18/13 | L | | |
| 312. | | | | | Sold | 04/02/13 | L | A | |
| 313. GENERAL ELECTRIC COMMON STOCK | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 314. INTEL COMON STOCK | A | Dividend | K | T | Buy | 08/09/13 | L | | |
| 315. | | | | | Sold (part) | 08/29/13 | J | | |
| 316. | | | | | Sold (part) | 10/14/13 | K | A | |
| 317. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | D | Dividend | N | T | Sold (part) | 01/28/13 | K | D | |
| 318. INTERNATIONAL PAPER CO COMMON STOCK | C | Dividend | M | T | | | | | |
| 319. JOHNSON & JOHNSON COMMON STOCK | E | Dividend | P1 | T | Buy (add'l) | 08/09/13 | L | | |
| 320. | | | | | Sold (part) | 08/29/13 | J | | |
| 321. JPMORGAN CHASE COMMON STOCK | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 322. KRAFT FOODS GROUP COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |
| 323. | | | | | Sold (part) | 07/02/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  LAS VEGAS SANDS COMMON STOCK | D | Dividend | N | T | Buy | 04/10/13 | N | | |
| 325.  LYONDELLBASELL IND COMMON STOCK | B | Dividend | L | T | Buy | 08/09/13 | L | | |
| 326. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 327.  MACYS COMMON STOCK | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 328. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 329.  MARKET VECTORS GOLD MINER ETF COMMON STOCK | B | Dividend | M | T | Sold (part) | 06/06/13 | K | | |
| 330.  MATTEL COMMON STOCK | B | Dividend | L | T | Buy | 08/09/13 | L | | |
| 331.  MCDONALDS COMMON STOCK | B | Dividend | L | T | | | | | |
| 332.  MICROSOFT COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 01/15/13 | K | | |
| 333. | | | | | Buy (add'l) | 08/09/13 | L | | |
| 334. | | | | | Sold (part) | 08/29/13 | J | A | |
| 335. | | | | | Sold (part) | 09/26/13 | L | A | |
| 336.  MONDELEZ INTL COMMON STOCK | A | Dividend | L | T | Buy | 06/27/13 | K | | |
| 337.  NEWELL RUBBERMAID COMMON STOCK | A | Dividend | L | T | Buy | 09/26/13 | K | | |
| 338. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 339. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 340.  NOVO-NORDISK COMMON STOCK | | None | O | T | Buy | 09/12/13 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. OCCIDENTAL PETE CORP COMMON STOCK | D | Dividend | N | T | | | | | |
| 342. ORACLE CORP COMMON STOCK | A | Dividend | M | T | | | | | |
| 343. PACKAGING CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 344. PEPSICO COMMON STOCK | E | Dividend | O | T | | | | | |
| 345. PFIZER INC COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 08/09/13 | L | | |
| 346. PIONEER NATURAL RESOURCES COMMON STOCK | A | Dividend | N | T | Sold (part) | 02/01/13 | J | D | |
| 347. | | | | | Sold (part) | 10/09/13 | K | E | |
| 348. | | | | | Sold (part) | 10/21/13 | L | F | |
| 349. PRECISION CASTPARTS COMMON STOCK | A | Dividend | M | T | Buy | 05/22/13 | L | | |
| 350. | | | | | Buy (add'l) | 06/26/13 | L | | |
| 351. IRA ACCOUNT #2 (FKA IRA HOLDINGS) CMN STOCKS UNLESS NOTED | | | | | | | | | |
| 352. (LINES 353 - 455) | | | | | | | | | |
| 353. AMERICAN CAPITAL AGENCY | B | Dividend | J | T | Buy | 02/28/13 | J | | |
| 354. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 355. AMERICAN INTERNATIONAL GROUP | A | Dividend | K | T | Sold (part) | 02/05/13 | J | A | |
| 356. APOLLO INVESTMENT CORP FUND | B | Dividend | J | T | Sold (part) | 02/05/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Sold | 02/06/13 | J | B | |
| 358. | | | | | Buy | 04/17/13 | J | | |
| 359. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 360. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 361. | | | | | Sold (part) | 10/24/13 | J | A | |
| 362. | | | | | Sold (part) | 12/16/13 | J | A | |
| 363. APPLE INC | A | Dividend | K | T | Buy | 04/23/13 | J | | |
| 364. ASHFORD HOSPITALITY TR INC | A | Dividend | J | T | Sold (part) | 02/05/13 | J | B | |
| 365. ASHFORD HOSPITALITY PRIME | | None | | | Spinoff (from line 364) | 11/19/13 | J | | |
| 366. | | | | | Sold (part) | 11/19/13 | J | A | |
| 367. | | | | | Sold | 12/05/13 | J | | |
| 368. AVENUE INCOME CREDIT FUND | B | Dividend | K | T | Sold (part) | 02/05/13 | J | | |
| 369. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 370. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 371. CENTURYLINK INC | A | Dividend | | | Buy | 02/19/13 | J | | |
| 372. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 373. | | | | | Sold | 05/14/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. CHEVRON CORP | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 375. | | | | | Sold | 11/21/13 | J | B | |
| 376. CHIMERA INVESTMENT CORP | A | Dividend | J | T | Buy | 07/19/13 | J | | |
| 377. COBALT INTL ENERGY | | None | | | Buy | 02/05/13 | J | | |
| 378. | | | | | Sold | 12/11/13 | J | | |
| 379. CREXUS INVESTMENT CORP | A | Dividend | | | Sold | 01/31/13 | J | C | |
| 380. DANAHER CORP | A | Dividend | J | T | Sold (part) | 02/05/13 | J | A | |
| 381. | | | | | Sold (part) | 09/20/13 | J | B | |
| 382. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 383. DEVON ENERGY CORP | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 384. DOUBLELINE TOTAL RETURN MUTUAL FUND | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 385. | | | | | Sold (part) | 11/15/13 | J | | |
| 386. EATON VANCE TAX MGD DIV EQU FUND | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 387. EMC CORP MASS | | None | | | Sold | 02/05/13 | J | | |
| 388. ENSCO PLC SPON ADR | A | Dividend | | | Sold (part) | 02/05/13 | J | A | |
| 389. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 390. | | | | | Sold | 07/16/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. GUGGENHEIM SPIN OFF ETF | A | Dividend | K | T | Buy | 02/05/13 | J | | |
| 392. HOLLYFRONTIER CORP | A | Dividend | | | Buy | 04/24/13 | J | | |
| 393. | | | | | Sold | 07/02/13 | J | | |
| 394. ISHARES DJ US OIL & EXPLR | | None | | | Sold | 02/05/13 | J | B | |
| 395. ISHARES MSCI GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 396. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | K | T | Sold (part) | 02/26/13 | J | B | |
| 397. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 398. JP MORGAN CHASE & CO | A | Dividend | J | T | Sold (part) | 02/05/13 | J | A | |
| 399. KAR AUCTION SVCS INC | A | Dividend | K | T | Buy | 06/28/13 | J | | |
| 400. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 401. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 402. LENDER PROCESSING SERV | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 403. | | | | | Sold | 04/16/13 | J | C | |
| 404. MARKET VECTORS AGRIBUS ETF | | None | | | Buy (add'l) | 02/05/13 | J | | |
| 405. | | | | | Sold (part) | 02/26/13 | J | A | |
| 406. | | | | | Sold | 06/27/13 | J | | |
| 407. MCDONALDS CORP | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 408. MDC PRTNRS INC | | None | | | Sold (part) | 02/05/13 | J | A | |
| 409. | | | | | Sold (part) | 05/03/13 | J | B | |
| 410. | | | | | Sold | 05/06/13 | J | C | |
| 411. OCH-ZIFF CAPITAL MANAGEMENT (SEE NOTES 1 & 7 IN SECT VIII) | B | Distribution | J | T | Buy | 03/15/13 | J | | |
| 412. | | | | | Sold (part) | 11/15/13 | J | B | |
| 413. PENNANTPARK FLTG RT CAP LTD FUND | A | Dividend | K | T | Buy | 02/05/13 | J | | |
| 414. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 415. POWERSHRES ETF TR DYNA BUYBK FUND | A | Dividend | K | T | Buy | 02/05/13 | J | | |
| 416. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 417. PROCTER & GAMBLE | | None | J | T | Buy | 11/14/13 | J | | |
| 418. QUALCOMM INC | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 419. SCHLUMBERGER LTD | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 420. | | | | | Sold | 06/04/13 | J | | |
| 421. SEADRILL LTD | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 422. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 423. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 424. SOLAR SENIOR CAPITAL LTD | A | Dividend | | | Sold (part) | 02/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 425. | | | | | Sold | 02/22/13 | J | B | |
| 426. SPDR S&P BANK ETF | A | Dividend | | | Sold | 01/23/13 | J | A | |
| 427. SPDR S&P EMERGING ASIA PACIFIC FUND | A | Dividend | J | T | Sold (part) | 02/26/13 | J | A | |
| 428. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 429. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 430. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 431. SPIRIT REALTY CAPITAL INC | A | Dividend | | | Sold (part) | 02/05/13 | J | A | |
| 432. | | | | | Sold | 02/22/13 | J | C | |
| 433. STARWOOD PROPERTY TRUST | A | Dividend | K | T | Buy | 06/25/13 | J | | |
| 434. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 435. TRONOX LTD | | None | | | Sold | 02/05/13 | J | | |
| 436. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 437. VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 438. VANGUARD INFO TECH ETF | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 439. | | | | | Sold (part) | 02/26/13 | J | B | |
| 440. VANGUARD MSCI EMERGING MARKETS | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 441. | | | | | Sold (part) | 02/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Sold | 07/03/13 | J | | |
| 443. VODAFONE GP PLC ADS | A | Dividend | K | T | Buy | 01/23/13 | J | | |
| 444. | | | | | Sold (part) | 02/05/13 | J | A | |
| 445. WELLS FARGO & CO | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 446. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 447. | | | | | Sold (part) | 08/06/13 | J | A | |
| 448. WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 449. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | K | T | Buy | 05/14/13 | J | | |
| 450. WISDOMTREE TRUST EMRG MKT EQUITY FUND | A | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 451. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 452. WISDOMTREE TR EMG MKTS SMCAP | | None | | | Sold | 02/05/13 | J | A | |
| 453. YUM BRANDS INC | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 454. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 455. | | | | | Sold (part) | 06/24/13 | J | B | |
| 456. IRA#2 - OPTIONS (SEE NOTE 3 IN SECT VIII) (LINES 457 - 487) | | | | | | | | | |
| 457. AMERICAN CAPITAL AGENCY - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 458. OPTION EXPIRED | | None | | | Expired | 09/23/13 | | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 460. AMERICAN INTERNATIONAL GROUP - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 461. CLOSING CONTRACT | | None | | | Buy | 07/11/13 | J | | |
| 462. APOLLO INVESTMENT CORP - OPENING CONTRACT | | None | | | Sold | 05/01/13 | J | | |
| 463. OPTION EXPIRED | | None | | | Expired | 09/23/13 | | A | |
| 464. OPENING CONTRACT | | None | | | Sold | 07/11/13 | J | | |
| 465. OPTION ASSIGNED | | None | | | Redeemed | 12/16/13 | | | |
| 466. OPENING CONTRACT | | None | | | Sold | 10/24/13 | J | | |
| 467. CENTURYLINK INC - OPENING CONTRACT | | None | | | Sold | 03/05/13 | J | | |
| 468. CLOSING CONTRACT | | None | | | Buy | 05/14/13 | J | | |
| 469. DANAHER - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 470. OPTION ASSIGNED | | None | | | Redeemed | 09/20/13 | | | |
| 471. ENSCO - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 472. CLOSING CONTRACT | | None | | | Buy | 07/16/13 | J | A | |
| 473. JP MORGAN CHASE & CO - OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 474. QUALCOMM - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 475. CLOSING CONTRACT | | None | | | Buy | 10/17/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. SCHLUMBERGER - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 477. CLOSING CONTRACT | | None | | | Buy | 06/04/13 | J | A | |
| 478. SEADRILL LTD - OPENING CONTRACT | | None | | | Sold | 08/08/13 | J | | |
| 479. SPDR S&P MIDCAP 400 ETF - OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 480. UNITED TECHNOLOGIES - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 481. CLOSING CONTRACT | | None | | | Buy | 07/23/13 | J | | |
| 482. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 483. WELLS FARGO - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 484. OPTION PARTIALLY ASSIGNED | | None | | | Redeemed (part) | 08/06/13 | | | |
| 485. CLOSING CONTRACT | | None | | | Buy | 10/17/13 | J | | |
| 486. YUM - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 487. OPTION EXPIRED | | None | | | Expired | 10/21/13 | | A | |
| 488. ADDITIONAL COMMON STOCKS (NON-IRA) (LINES 489-514) | | | | | | | | | |
| 489. ROCKWELL COLLINS | B | Dividend | | | Buy (add'l) | 02/26/13 | K | | |
| 490. | | | | | Sold (part) | 08/16/13 | K | D | |
| 491. | | | | | Sold (part) | 08/19/13 | K | D | |
| 492. | | | | | Sold (part) | 08/20/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 88

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. | | | | | Sold | 08/21/13 | K | C | |
| 494. SANDISK | A | Dividend | M | T | Buy | 08/21/13 | L | | |
| 495. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 496. | | | | | Buy (add'l) | 11/26/13 | K | | |
| 497. | | | | | Buy (add'l) | 12/17/13 | K | | |
| 498. SEMPRA ENERGY | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 499. SMUCKER JM | | None | K | T | Buy | 12/17/13 | K | | |
| 500. SONIC CORP | | None | P3 | T | Buy (add'l) | 01/23/13 | L | | |
| 501. | | | | | Sold (part) | 01/23/13 | M | E | |
| 502. | | | | | Sold (part) | 09/25/13 | P1 | H1 | |
| 503. | | | | | Sold (part) | 09/26/13 | O | G | |
| 504. TEXTRON | A | Dividend | L | T | Buy | 08/16/13 | K | | |
| 505. THE TRAVELERS COS | D | Dividend | M | T | | | | | |
| 506. UNILEVER | C | Dividend | L | T | | | | | |
| 507. UNITED CONTINENTAL | | None | L | T | Buy | 11/22/13 | L | | |
| 508. UNUM GROUP | C | Dividend | M | T | Buy (add'l) | 01/15/13 | K | | |
| 509. | | | | | Sold (part) | 09/10/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510.  VIACOM | B | Dividend | M | T | | | | | |
| 511.  WALGREEN | E | Dividend | P1 | T | | | | | |
| 512.  WALMART STORES | D | Dividend | N | T | | | | | |
| 513.  WEYERHAEUSER CO | A | Dividend | L | T | Buy | 08/09/13 | L | | |
| 514. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 515.  MLPS (LINES 516-589) EXCEPT WHERE NOTED | | | | | | | | | |
| 516.  APOLLO INVESTMENT CORP COMMON STOCK | E | Dividend | M | T | Buy (add'l) | 06/06/13 | M | | |
| 517. | | | | | Sold (part) | 12/16/13 | M | D | |
| 518. | | | | | Sold (part) | 12/20/13 | K | C | |
| 519.  BUCKEYE PTNRS (SEE NOTE 1 IN SECT VIII) | | None | N | T | Buy | 01/24/13 | M | | |
| 520. | | | | | Distributed (part) | 02/28/13 | J | | |
| 521. | | | | | Distributed (part) | 05/31/13 | J | | |
| 522. | | | | | Distributed (part) | 08/20/13 | J | | |
| 523. | | | | | Buy (add'l) | 10/10/13 | L | | |
| 524. | | | | | Distributed (part) | 11/19/13 | J | | |
| 525.  CHIMERA INVESTMENT CORP COMMON STOCK | D | Dividend | M | T | Buy | 08/02/13 | M | | |
| 526.  KINDER MORGAN ENERGY (FKA COPANO ENERGY LLC) | | None | M | T | Distributed (part) | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. | | | | | Distributed (part) | 04/26/13 | J | | |
| 528. | | | | | Sold (part) | 05/02/13 | J | A | |
| 529. | | | | | Distributed (part) | 08/14/13 | J | | |
| 530. | | | | | Distributed (part) | 11/14/13 | J | | |
| 531. CRESTWOOD EQUITY PARTNERS (FKA INERGY L.P.) (SEE LINE 552) | None | M | T | | Distributed (part) | 02/14/13 | J | | |
| 532. (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 05/15/13 | J | | |
| 533. | | | | | Distributed (part) | 08/14/13 | J | | |
| 534. | | | | | Distributed (part) | 11/14/13 | J | | |
| 535. | | | | | Buy (add'l) | 12/11/13 | L | | |
| 536. CRESTWOOD MIDSTREAM PARTNERS (SEE NOTE 1 IN SECT VIII) | None | M | T | | Spinoff (from line 531) | 06/18/13 | L | | |
| 537. | | | | | Sold (part) | 06/18/13 | J | A | |
| 538. | | | | | Distributed (part) | 08/14/13 | J | | |
| 539. | | | | | Distributed (part) | 11/14/13 | J | | |
| 540. ENERGY TRANS EQTY LP (SEE NOTE 1 IN SECT VIII) | None | N | T | | Distributed (part) | 02/19/13 | J | | |
| 541. | | | | | Distributed (part) | 05/17/13 | J | | |
| 542. | | | | | Distributed (part) | 08/19/13 | J | | |
| 543. | | | | | Distributed (part) | 11/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. ENTERPRISE GP/AKA ENTERPRISE PRODS LP | | None | M | T | Distributed (part) | 02/07/13 | J | | |
| 545. | | | | | Distributed (part) | 05/07/13 | J | | |
| 546. | | | | | Distributed (part) | 08/07/13 | J | | |
| 547. | | | | | Distributed (part) | 11/07/13 | J | | |
| 548. EV ENERGY PARTNERS (SEE NOTE 1 IN SECT VIII) | A | Distribution | | | Buy | 03/14/13 | M | | |
| 549. | | | | | Buy (add'l) | 03/28/13 | M | | |
| 550. | | | | | Buy (add'l) | 04/19/13 | K | | |
| 551. | | | | | Sold | 05/02/13 | M | | |
| 552. FACEBOOK INC COMMON STOCK | | None | | | Sold | 10/11/13 | J | B | |
| 553. INERGY LP-NAME CHANGED TO CRESTWOOD EQUITY - SEE LINE 530 | | | | | | | | | |
| 554. MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | A | Distribution | L | T | Distributed (part) | 02/14/13 | J | | |
| 555. | | | | | Distributed (part) | 05/15/13 | J | | |
| 556. | | | | | Distributed (part) | 08/14/13 | J | | |
| 557. | | | | | Distributed (part) | 11/14/13 | J | | |
| 558. MARKWEST ENERGY PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | None | M | T | Distributed (part) | 02/14/13 | J | | |
| 559. | | | | | Distributed (part) | 05/15/13 | J | | |
| 560. | | | | | Distributed (part) | 08/14/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. | | | | | Distributed (part) | 11/14/13 | J | | |
| 562. | | | | | Buy (add'l) | 12/27/13 | L | | |
| 563. NISKA GAS STORAGE PTNRS (SEE NOTE 1 IN SECT VIII) | B | Distribution | | | Distributed (part) | 02/15/13 | J | | |
| 564. | | | | | Distributed (part) | 05/23/13 | J | | |
| 565. | | | | | Sold | 07/26/13 | L | E | |
| 566. NORTHERN TIER ENERGY LP (SEE NOTE 1 IN SECT VIII) | D | Distribution | N | T | Distributed (part) | 02/28/13 | J | | |
| 567. | | | | | Distributed (part) | 05/30/13 | J | | |
| 568. | | | | | Distributed (part) | 08/29/13 | J | | |
| 569. | | | | | Distributed (part) | 11/27/13 | J | | |
| 570. PETROLOGISTICS LP (SEE NOTE 1 IN SECT VIII) | | None | M | T | Distributed (part) | 02/26/13 | J | | |
| 571. | | | | | Distributed (part) | 05/14/13 | J | | |
| 572. | | | | | Distributed (part) | 08/14/13 | J | | |
| 573. | | | | | Distributed (part) | 11/14/13 | J | | |
| 574. PVR PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | M | T | Buy | 03/28/13 | M | | |
| 575. | | | | | Distributed (part) | 05/14/13 | J | | |
| 576. | | | | | Distributed (part) | 08/14/13 | J | | |
| 577. | | | | | Distributed (part) | 11/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Wood, Kimba M.**

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. RHINO RESOURCE PARTNERS (SEE NOTE 1 IN SECT VIII) | B | Distribution | L | T | Buy | 06/06/13 | K | | |
| 579. | | | | | Buy (add'l) | 06/07/13 | L | | |
| 580. | | | | | Distributed (part) | 08/14/13 | J | | |
| 581. | | | | | Distributed (part) | 11/14/13 | J | | |
| 582. TARGA RES PARTNERS SEE NOTE 1 IN SECT VIII) | | None | M | T | Buy | 01/07/13 | M | | |
| 583. | | | | | Distributed (part) | 02/14/13 | J | | |
| 584. | | | | | Distributed (part) | 05/15/13 | J | | |
| 585. | | | | | Distributed (part) | 08/14/13 | J | | |
| 586. | | | | | Distributed (part) | 11/14/13 | J | | |
| 587. WESTERN GAS PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | L | T | Distributed (part) | 02/12/13 | J | | |
| 588. | | | | | Distributed (part) | 05/13/13 | J | | |
| 589. | | | | | Distributed (part) | 08/12/13 | J | | |
| 590. | | | | | Distributed (part) | 11/12/13 | J | | |
| 591. MLP ACCOUNT - OPTIONS (LINES 591-599 (NOTE 3 IN SECT VIII) | | | | | | | | | |
| 592. NORTERN TIER ENERGY CALL-OPENING | | None | | | Sold | 02/15/13 | J | | |
| 593. CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | D | |
| 594. PETROLOGISTICS LP CALL - OPENING | | None | | | Sold | 02/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 595. CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | D | |
| 596. APOLLO INVESTMENT CALL #1 - OPENING | | None | | | Sold | 08/02/13 | J | | |
| 597. PART OF APOLLO CALL #1 ASSIGNED | | None | | | Redeemed (part) | 12/16/13 | | | |
| 598. REMAINDER OF APOLLO CALL #1 ASSIGNED | | None | | | Redeemed | 12/20/13 | | | |
| 599. APOLLO INVESTMENT CALL #2 - OPENING | | None | | | Sold | 09/12/13 | J | | |
| 600. APOLLO INVESTMENT CALL #3 - OPENING | | None | | | Sold | 10/24/13 | J | | |
| 601. BONDS/FIXED INCOME (LINES 601 - 602) | | | | | | | | | |
| 602. PETROLEOS DE VENEZUELA - BONDS | C | Interest | L | T | Buy | 06/10/13 | L | | |
| 603. RIDGEWORTH FUNDS SEIX FLTG RATE | D | Dividend | O | T | Buy | 07/29/13 | O | | |
| 604. CASH/S/T INVESTS/MM ACCTS (LINES 604-619) | | | | | | | | | |
| 605. GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | A | Interest | N | T | | | | | |
| 606. GOLDMAN SACHS BANK DEPOSIT/ CASH #2 (FDN) | A | Interest | N | T | | | | | |
| 607. CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | J | T | | | | | |
| 608. CITIBANK INTEREST CHECKING ACCOUNT #1 (FERP) | A | Interest | K | T | | | | | |
| 609. MORGAN STANLEY BANK/TRUST DEPOSITS #1 | A | Interest | | | Closed | 04/05/13 | J | | |
| 610. CITIBANK CHECKING ACCOUNT (HH) | | None | J | T | | | | | |
| 611. CITIBANK AGENCY TRUST CASH ACCOUNT | A | Interest | K | T | Open | 07/05/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wood, Kimba M.

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 612. CITIBANK ASSET ACCOUNT | | None | J | T | | | | | |
| 613. CITIBANK MONEY MARKET PLUS | D | Interest | P1 | T | | | | | |
| 614. CITIBANK INTEREST CHECKING ACCOUNT #2 (KATNH) | A | Interest | J | T | | | | | |
| 615. STATE STREET INST LIQUID RESERVES MM/CASH (NB) | A | Dividend | M | T | | | | | |
| 616. BARCLAYS CASH (SEE NOTE 8 IN SECT VIII) | A | Interest | J | T | | | | | |
| 617. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 618. CGMI BANK DEPOSIT PROGRAM | A | Interest | O | T | | | | | |
| 619. MORGAN STANLEY BANK/TRUST DEPOSITS #2 | A | Interest | L | T | | | | | |
| 620. MORGAN STANLEY BANK/TRUST DEPOSITS #3 (ROTH IRA) | A | Interest | K | T | | | | | |
| 621. OCA WESLEY MORTGAGE REIT (SEE NOTE 11 IN SECT VIII) | | None | | | Distributed | 04/29/13 | K | E | |
| 622. FDN BROKERAGE #1 (LINES 622-630) (NOTE 16 IN SECT VIII) | | | | | | | | | |
| 623. ABBOTT LABORATORIES COMMON STOCK | A | Dividend | | | Sold | 03/27/13 | M | D | |
| 624. ABBOTT LABORATORIES COMMON STOCK (X) | | None | | | Sold | 03/27/13 | M | | |
| 625. ABBVIE INC COMMON STOCK | B | Dividend | | | Spinoff (from line 623) | 01/02/13 | M | | |
| 626. | | | | | Sold (part) | 04/22/13 | K | D | |
| 627. | | | | | Sold | 05/22/13 | L | E | |
| 628. ABBVIE INC COMMON STOCK (X) | | None | | | Sold | 12/17/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

| | Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 629. WALMART COMMON STOCK | B | Dividend | | | Sold (part) | 01/07/13 | K | | |
| 630. | | | | | Sold | 04/17/13 | M | E | |
| 631. WALMART COMMON STOCK (X) | | None | | | Sold | 12/17/13 | N | | |
| 632. FDN BRKG ACCT #2 (LINES 632 -802) (SEE NOTE 16 SECT VIII) | | | | | | | | | |
| 633. MORGAN STANLEY BANK/TRUST #1 (CASH/MM) | | None | J | T | | | | | |
| 634. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | M | T | | | | | |
| 635. COMMON STOCKS AND FUNDS (LINES 635-743) | | | | | | | | | |
| 636. AMERICAN CAPITAL AGENCY | D | Dividend | K | T | Buy | 02/28/13 | L | | |
| 637. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 638. AMER INTL GP INC | A | Dividend | M | T | Sold (part) | 02/05/13 | J | A | |
| 639. APOLLO INVESTMENT CORP | D | Dividend | K | T | Sold (part) | 02/05/13 | J | A | |
| 640. | | | | | Sold (part) | 02/19/13 | J | A | |
| 641. | | | | | Sold (part) | 03/15/13 | L | D | |
| 642. | | | | | Buy (add'l) | 04/17/13 | K | | |
| 643. | | | | | Buy (add'l) | 06/04/13 | K | | |
| 644. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 645. | | | | | Sold (part) | 10/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. | | | | | Sold (part) | 12/16/13 | K | B | |
| 647. APPLE INC | B | Dividend | K | T | Buy | 04/23/13 | L | | |
| 648. | | | | | Sold (part) | 11/05/13 | K | D | |
| 649. ASHFORD HOSPITALITY TR INC | B | Dividend | K | T | Sold (part) | 02/05/13 | K | D | |
| 650. ASHFORD HOSPITALITY PRIME | | None | | | Spinoff (from line 649) | 11/19/13 | J | | |
| 651. | | | | | Sold (part) | 11/19/13 | J | | |
| 652. | | | | | Sold | 12/05/13 | J | | |
| 653. AVENUE INCOME CREDIT | D | Dividend | L | T | Sold (part) | 02/05/13 | K | | |
| 654. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 655. CENTURYLINK INC | A | Dividend | | | Buy | 02/19/13 | K | | |
| 656. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 657. | | | | | Sold | 05/14/13 | L | D | |
| 658. CHEVRON CORP | A | Dividend | | | Sold (part) | 05/14/13 | K | C | |
| 659. | | | | | Buy (add'l) | 08/22/13 | K | | |
| 660. | | | | | Sold | 11/21/13 | K | C | |
| 661. CHIMERA INVESTMENT CORP | B | Dividend | L | T | Buy | 07/19/13 | L | | |
| 662. COBALT INTL ENERGY | | None | | | Buy | 01/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 663. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 664. | | | | | Sold | 12/11/13 | K | | |
| 665.   CREXUS INVESTMENT CORP | B | Dividend | | | Sold | 01/31/13 | L | D | |
| 666.   DANAHER CORP | A | Dividend | L | T | Sold (part) | 02/05/13 | J | C | |
| 667. | | | | | Buy (add'l) | 10/03/13 | K | | |
| 668. | | | | | Sold (part) | 09/20/13 | K | E | |
| 669.   DEVON ENERGY CORP | A | Dividend | L | T | Buy | 11/21/13 | L | | |
| 670.   DOUBLELINE TOTAL RETURN | C | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 671. | | | | | Sold (part) | 11/15/13 | J | | |
| 672.   EATON VANCE TAX MGD DIV EQU FUND | C | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 673.   EMC CORP MASS | | None | | | Sold | 02/05/13 | K | | |
| 674.   ENERGY SEL SECT SPDR FD | A | Dividend | | | Sold | 01/23/13 | K | A | |
| 675.   ENSCO PLC SPON | A | Dividend | | | Sold (part) | 02/05/13 | J | C | |
| 676. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 677. | | | | | Sold | 07/16/13 | L | D | |
| 678.   GUGGENHEIM SPIN OFF ETF | A | Dividend | L | T | Buy | 02/05/13 | L | | |
| 679.   HOLLEYFRONTIER CORP | A | Dividend | | | Buy | 04/24/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**   | Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 680. | | | | | Sold | 07/02/13 | K | | |
| 681. ISHARES DJ US OIL & EXPLR | | None | | | Sold | 02/05/13 | K | D | |
| 682. ISHARES MSCI GROWTH INDX FD | A | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 683. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | L | T | Buy (add'l) | 02/05/13 | J | | |
| 684. | | | | | Sold (part) | 02/26/13 | K | D | |
| 685. | | | | | Buy (add'l) | 04/11/13 | K | | |
| 686. ISHARES S&P MIDCAP 400 INDEX | | None | | | Sold | 01/23/13 | K | E | |
| 687. JP MORGAN CHASE | B | Dividend | L | T | Sold (part) | 02/05/13 | J | A | |
| 688. KAR AUCTION SERVICES INC | A | Dividend | L | T | Buy | 06/28/13 | K | | |
| 689. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 690. | | | | | Buy (add'l) | 07/09/13 | K | | |
| 691. LENDER PROCESSING SERV | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 692. | | | | | Sold | 04/16/13 | L | D | |
| 693. MARKET VECTORS AGRIBUS ETF | | None | | | Buy (add'l) | 02/05/13 | J | | |
| 694. | | | | | Sold (part) | 02/26/13 | K | C | |
| 695. | | | | | Sold | 06/27/13 | K | C | |
| 696. MCDONALDS CORP | B | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |